# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee ▼

| | |
|---|---|
| ALBERTO OSUNA SANCHEZ <br><br> *Plaintiff(s)* <br> v. <br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
C/O JARED TIDEMANN
DIRECTOR OF LEGAL AFFAIRS AND SENIOR COUNSEL OF GOVERNMENT
RELATIONS & SPORTS ADMINISTRATION
700 W. WASHINGTON STREET
INDIANAPOLIS, IN 46206-6222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. CHADWICK HATMAKER
KAITLYN E. HUTCHERSON
WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
POST OFFICE BOX 900
KNOXVILLE, TN 37901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                               *Signature of Clerk or Deputy Clerk*