IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ALBERTO OSUNA SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF BRANDON SPURLOCK

I Brandon Spurlock, pursuant to 28 U.S.C. §1746 declare as follows:

1. I am employed with The Volunteer Club, LLC ("Vol Club"). The Vol Club is the NIL collective of the University of Tennessee Knoxville ("UTK") Athletics. Vol Club works to offer name, image and likeness ("NIL") opportunities to UTK athletes, including baseball players.

2. Alberto Osuna recently joined and began participating with the baseball team. Osuna played in the college world series last year for the University of North Carolina.

3. The Vol Club has NIL offers and opportunities for Osuna if he is able to play Division I baseball in the spring 2025 season. Those opportunities will not be available if he is ineligible to play because of the diminution in the value of his NIL. Furthermore, if Osuna is eligible to play in the spring 2025 baseball season The Vol Club will seek to obtain additional NIL opportunities for him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of February, 2025.

_____
Brandon Spurlock

**EXHIBIT 3**