# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| ALBERTO OSUNA SANCHEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | Case No. 3:25-CV-00062-CEA-DCP<br><br>JUDGE ATCHLEY<br><br>MAGISTRATE JUDGE POPLIN |

## JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND [PROPOSED ORDER]

Pursuant to Local Rule 12.1, the parties hereby jointly stipulate and agree to extend Defendant's time to respond to the Complaint by 30 days, up to and including April 10, 2025, and request that the Court enter an order extending that deadline accordingly.

Respectfully submitted,

*s/ Taylor J. Askew*
Taylor J. Askew (BPR 033193)
(admitted *pro hac vice*)
David J. Zeitlin (BPR 037664)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
T: (615) 244-6380
F: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for Defendant*
*National Collegiate Athletic Association*

        *s/ J. Chadwick Hatmaker*
J. Chadwick Hatmaker (BPR # 018693)
Kaitlyn E. Hutcherson (BPR # 035188)
Wool, McClane, Bright, Allen & Carpenter, P.C.
Post Office Box 900
Knoxville, TN 37901
(865) 215-1000
chatmaker@wmbac.com
khutcherson@wmbac.com

*Attorneys for Plaintiff Alberto Osuna Sanchez*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated: March 14, 2025

By: *s/ Taylor J. Askew*
Taylor J. Askew
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.zeitlin@hklaw.com

*Counsel for National Collegiate Athletic Association*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| ALBERTO OSUNA SANCHEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | Case No. 3:25-CV-00062-CEA-DCP<br><br>JUDGE ATCHLEY<br><br>MAGISTRATE JUDGE POPLIN |

## JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND [PROPOSED ORDER]

AND NOW, upon consideration of the Joint Stipulation Requesting Extension of Time to Respond, it is hereby Ordered that Defendant will have until April 10, 2025, to answer or respond to the Complaint.

**IT IS ORDERED**

Dated: March __, 2025    By: _____
                              Hon. Charles E. Atchley, Jr.